The relief described hereinbelow is SO ORDERED

Done this 22nd day of September, 2015.

*Dwight A. Williams, Jr.*
**Dwight H. Williams, Jr.**
**United States Bankruptcy Judge**



___

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| In Re: | : |
| | : |
| **DEMETRIUS ANDRAE CLARK,** | : BANKRUPTCY CASE |
| | : NO. 14-32312-DHW |
| | : |
| Debtor. | : |
| | : |

| | |
|---|---|
| **SETERUS, INC. AS THE AUTHORIZED SUB SERVICER FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"),** | : JUDGE: DWIGHT H. WILLIAMS JR. |
| Movant. | : CHAPTER 13 |
| vs. | : |
| **DEMETRIUS ANDRAE CLARK, Debtor LASAUNDRA M MITCHELL, Co-Debtor, CURTIS C. REDING, Trustee,** | : |
| Respondents. | : |

### ORDER CONDITIONALLY DENYING RELIEF

This matter came before the court for a hearing on October 5, 2015, upon the motion (Docket #43) of Seterus, Inc. as the authorized sub servicer for Federal National Mortgage

Association ("Fannie Mae"), (hereinafter "Creditor"), seeking relief from the automatic stay and Co-Debtor Stay to proceed with applicable non-bankruptcy remedies with regard to the property commonly known as 3316 Cross Ridge Road, Montgomery, AL 36116. The legal description is contained in the security instrument attached to the motion. The parties advised the Court that they had reached an agreement with regard to the disposition of this matter. Therefore, BY AGREEMENT OF PARTIES, it is hereby,

ORDERED that the motion for relief from automatic stay of Seterus, Inc. as the authorized sub servicer for Federal National Mortgage Association ("Fannie Mae"), its successors and assigns is CONDITIONALLY DENIED. The post-petition arrearage, which has accumulated in this case through September 17, 2015 consists the March 1, 2015 payment at $395.45, the April 1, 2015 through September 1, 2015 payments at $391.21, minus $378.08 partial payment in Debtor suspense, plus $550.00 attorney fees and $176.00 costs incurred as a result of this Motion all totaling $3,090.63 ("arrearage") . The arrearage shall be paid through the plan.

ORDERED that the claim shall have a fixed payment amount of $67.00. Debtor's payment to the Trustee shall be $192.00 bi-weekly.

ORDERED that upon the filing of a proper claim by Creditor, the arrearage shall be paid through the office of the Trustee.

ORDERED that Debtor shalll resume direct payments October 1, 2015 in the amount of $391.21 If at any time the Debtor shall default on any direct payments, then Creditor shall notify Debtor and Debtor's Attorney in writing. If said default continues for twenty (20) days, then the automatic stay and Co-Debtor shall lift and Creditor, its successors and assigns, are authorized to pursue applicable non-bankruptcy remedies including the negotiation of and entry into a loan forbearance plan with Debtor with regard to the Property without further Order of the Court. If the stay shall lift pursuant to the prior provision and upon written notice to the Chapter 13 Trustee, the Chapter 13 Trustee shall cease funding Creditor's claim, and Fed. R. Bank. P. 3002.1 shall no longer apply to Creditor.

**CONTINUED ON FOLLOWING PAGE**

**CONTINUED ON FOLLOWING PAGE**

The provisions of this Order shall continue to remain in force and effect upon the conversion of this case from Chapter 13 to a case under any other Chapter of the Bankruptcy Code.

### END OF DOCUMENT ###

This order prepared by:

/s/ S. Keith Eady
S. Keith Eady
Attorney for Movant
AL License No. ASB-8422-A63S
RCO Legal, P.S.
2970 Clairmont Road NE, Suite 780
Atlanta, GA 30329
Telephone: 404-486-2386
keady@rcolegal.com

This order consented to by:

/s/ Charles E. Grainger, by express permission
Attorney for the Debtor
Bar Number:
4220 Carmichael Ct., N.
Montgomery, AL 36106
cgrainger@graingerlegal.com

No Opposition by:

/s/ Curtis C. Reding, by express permission
Curtis C. Reding
Chapter 13 Trustee
P.O. Box 173
Montgomery, AL 36101
trustees_office@ch13mdal.com

RCO No. 208217

# DISTRIBUTION LIST

Demetrius Andrae Clark
3316 Cross Ridge Rd.
Montgomery, AL 36116-3637


Charles E. Grainger
4220 Carmichael Ct., N.
Montgomery, AL 36106
cgrainger@graingerlegal.com


LaSaundra M Mitchell
3316 Cross Ridge Rd.
Montgomery, AL 36116

Curtis C. Reding
P.O. Box 173
Montgomery, AL 36101
trustees_office@ch13mdal.com

Seterus, Inc.
P.O. Box 1047
Hartford, CT 06143

S. Keith Eady
RCO Legal. P.S.
2970 Clairmont Road NE, Suite 780
Atlanta, GA 30329

RCO No. 208217